IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:05-CR-0146 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **CREMNE BRANCH** | : | |
| | : | |

## ORDER

AND NOW, this 1st day of December, 2005, upon consideration of defendant's motion to sever counts for trial (Doc. 56), and it appearing that neither the brief in support of the motion (Doc. 57) nor the government's brief in opposition (Doc. 64) cite to <u>any</u> applicable case law,[1] it is hereby ORDERED that:

1. The parties shall, at or before 4:00 p.m. on December 6, 2005, file supplemental briefs on the issue of whether Count IV of the first superceding indictment (Doc. 38) should be severed for trial.

2. The supplemental briefs <u>shall cite to controlling case law</u> pertinent to the issue *sub judice* and shall otherwise conform to federal and local rules of procedure.

     /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] The brief in support is less than two pages in length and cites to two rules of criminal procedure. The government's brief in opposition, although almost ten pages in length, is primarily a recitation of the facts of this case and cites to only the offenses at issue and one rule of criminal procedure. Defendant did not file a brief in reply.